**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7502

RICKY DONNELL NELSON,

Plaintiff - Appellant,

versus

LARRY K. HAMILTON, Superintendent; TOD RUNYON,
Major; ANDREW REESE, Doctor; BRUCE ZUILLMAN,
Lieutenant; SGT. MICHAEL RAKES; OFFICER KEITH
DOBSON; SGT. VINCENT W. COLLIER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-02-605-2)

Submitted: February 12, 2004       Decided:  February 20, 2004

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Donnell Nelson, Appellant Pro Se.  Jeff Wayne Rosen, PENDER
& COWARD, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Donnell Nelson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nelson v. Hamilton, No. CA-02-605-2 (E.D. Va. Sept. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED